UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
BOSTON EXECUTIVE SEARCH ASSOCIATES, INC.:
:
: Plaintiff,
v. : Case No. 1:17-cv-10123-LGS
:
SIMPSON THACHER & BARTLETT LLP, :
:
Defendant. :
:
------------------------------------------------------------------- x

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-entitled action shall be and hereby is dismissed with prejudice and without costs, disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

SO STIPULATED AND AGREED this 18th day of September, 2018.

| DILWORTH PAXSON LLC | SIMPSON THACHER & BARTLETT LLP |
|---|---|
| _____ | _____ |
| Ira N. Glauber | Alan C. Turner |
| 99 Park Avenue, Suite 320 | 425 Lexington Avenue |
| New York, New York 10016 | New York, New York 10017 |
| Telephone: (917) 675-4252 | Telephone: (212) 455-2000 |
| iglauber@dilworthlaw.com | aturner@stblaw.com |
| | |
| Douglas W. Salvesen | *Attorney for Defendant Simpson Thacher &* |
| Yurko, Salvesen & Remz, P.C. | *Bartlett LLP* |
| One Washington Mall, 11th Floor | |
| Boston, Massachusetts 02113 | |
| Telephone: (617) 723-6900 | |
| dsalvesen@bizlit.com | |

*Attorneys for Plaintiff Boston Executive Search Associates, Inc.*